ESTHER JAFFA v. D. LIBMAN.[1]

December 1, 1922.

No. 23,142.

**Evidence sufficient to sustain finding of negligence.**

Action in the district court for Hennepin county to recover $21,500 for injuries inflicted by an automobile driven by defendant's servant. The case was tried by Hale, J., who when plaintiff rested denied defendant's motion to dismiss the action and at the close of the testimony defendant's motion for a directed verdict, and a jury which returned a verdict for $1,029. From an order denying his motion for judgment notwithstanding the verdict, defendant appealed. Affirmed.

*Josiah E Brill* and *William S. Ervin,* for appellant.

*George T. Simpson* and *John F. Dahl,* for respondent.

PER CURIAM.

A careful consideration of the record in this cause leads to the conclusion that the evidence is sufficient to sustain the finding of the jury to the effect that the truck in question, the property of defendant, and of the negligent operation of which complaint is made, was being driven on the particular occasion by defendant's minor son and with defendant's authority, rendering him liable for the negligent operation of the same. The evidence brings the case within the rule applied in Jensen v. Fletcher, 134 Minn. 366, 159 N. W. 827. A discussion of the evidence would serve no useful purpose.

Affirmed.

[1]Reported in 190 N. W. 894.